PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 07, 2025**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Kekahuna, Desiree L. | Docket No. | 0980 2:25CR00003-RLP-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Desiree L. Kekahuna, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 29th day of January 2025 under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 3, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Kekahuna. Ms. Kekahuna acknowledged an understanding of the conditions at that time.

**Violation #1:** Desiree L. Kekahuna is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl on or about January 31, 2025.

On February 3, 2025, Ms. Kekahuna reported to the U.S. Probation Office for the purpose of an intake. Ms. Kekahuna advised she was not feeling well and was experiencing symptoms of withdrawal from fentanyl. She admitted to consuming fentanyl. Subsequently, Ms. Kekahuna signed a substance abuse admission form acknowledging she used fentanyl on or about January 31, 2025.

In response to her use of fentanyl, Ms. Kekahuna and the undersigned officer discussed the dangers of consuming fentanyl and options on how to assist her with her withdrawal symptoms. Additionally, Ms. Kekahuna was referred to Pioneer Human Services for a substance use disorder assessment and to participate in the random drug testing program.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on: February 6, 2025 |
|  | by | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Kekahuna, Desiree L.
February 6, 2025
Page 2

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

February 7, 2025
_____
Date