PROB 12C
(6/16)

Report Date: September 29, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2025

SEAN F. McAVOY, CLERK

ECF No. 118

| | |
|---|---|
| Name of Offender: Desiree L. Kekahuna | Case Number: 0980 2:25CR00003-RLP-2 |
| Address of Offender: ▬▬▬▬▬▬▬▬ Spokane, Washington 99212 | |
| Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge | |
| Date of Original Sentence: September 2, 2025 | |
| Original Offense: False Statements, 18 U.S.C. § 1001(a)(2) | |
| Original Sentence: 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Nowles Hayden Heinrich | Date Supervision Commenced: September 2, 2025 |
| Defense Attorney: Bryan P. Whitaker | Date Supervision Expires: September 1, 2030 |

### PETITIONING THE COURT

To issue a summons

On September 5, 2025, a probation intake was completed with Desiree Kekahuna. She signed a copy of her judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Desiree Kekahuna violated the terms of her probation by failing to submit to urinalysis testing on or about September 5, 2025.<br><br>On September 5, 2025, Ms. Kekahuna reported for a probation intake at approximately 1 p.m. She was advised at the time of her arrival that a urinalysis would be required. After over 3 hours and three attempts to provide a urine sample, Ms. Kekahuna failed to submit a urine sample for drug testing. |
| 2 | **Special Condition #4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Desiree Kekahuna violated the terms of her probation by failing to submit to urinalysis testing on or about September 10, 2025.

On September 10, 2025, Ms. Kekahuna reported to the probation office at approximately 9 a.m. After 3 hours and three attempts to provide a urine sample Ms. Kekahuna was excused from the probation office after failing to submit a urine sample for drug testing.

3   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Desiree Kekahuna allegedly violated the terms of her probation by consuming a controlled substance, methamphetamine, on or about September 5, 2025.

On September 5, 2025, a sweat patch was applied to Ms. Kekahuna. On September 10, 2025, the sweat patch was removed. A lab report has since been received noting a positive presence for methamphetamine and amphetamine.

4   **Special Condition #4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Desiree Kekahuna allegedly violated the terms of her probation by consuming a controlled substance, methamphetamine, on or about September 10, 2025.

On September 10, 2025, a sweat patch was applied to Ms. Kekahuna. On September 15, 2025, the sweat patch was removed. A lab report has since been received noting a positive presence for methamphetamine and amphetamine.

5   **Special Condition #4** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Desiree Kekahuna violated the terms of her probation by consuming a controlled substance, cocaine, on or about September 10, 2025.

On September 10, 2025, a sweat patch was applied to Ms. Kekahuna. On September 15, 2025, the sweat patch was removed. A lab report has since been received noting a positive presence for cocaine.

6   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Desiree Kekahuna violated the terms of her probation by failing to report as directed, on or about September 24, 2025.

Prob12C
Re: Kekahuna, Desiree L.
September 29, 2025
Page 3

On September 15, 2025, Ms. Kekahuna reported to the probation office. During this contact she was directed to report again on September 24, 2025 at 9 a.m.

Ms. Kekahuna failed to report as directed on September 24, 2025. On September 24, 2025, at approximately 10:30 a.m., the undersigned officer attempted to reach Ms. Kekahuna by telephone as she had not reported that morning as directed. A voice message was left, but went unanswered.

At approximately 1:15 p.m. that same day, the undersigned officer made contact with her at her residence. She indicated she had just woken up and that she believed she was supposed to report on September 25, 2025, at 11 a.m.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/29/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

September 29, 2025
Date